**Charles F. KLINE, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 6645.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Charles F. Kline, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of United States v. Daugherty, 269 U. S. 360, 46 S. Ct. 156, 70 L. Ed. 309, the judgment is affirmed.